RECEIVED IN
The Court of Appeals
Sixth District

JAN 2 6 2015    06-14-00033-CV

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JAN 2 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Jan 20, 2015

To whom I may Concern:

I Anna Hulett am asking for an extention on my Case. I have been in the hospital with Double phemonie and uper repatory infection. I also was hospilized for shingles prior to that. I have been in really bad health and haven't been able to get to the Layer. I pray you please give it to me. I pray you at least give me a couple of months as I still am not fully well.

Thank you & God Bless.

Anna Hulett

P.S. I tried Calling but this is what they told me to do.

Any Questions Call 1-580-236-4270
or
1-580-933-4164



TULSA OK 741

20 JAN 2015 PM 7 T.

Anna Hulett
C/o Alicia Carter
Po Box 503 OK 74764
Valliant, OK

Court of Appeals
Sixth Appellate District of TX
Bi-State Justice Building
100 North State Line Ave #20
Texarkana, TX 75501
75501-5674